AUSA KENNETH R. CHADWWELL
Special Agent Vince Ruiz, FBI

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
TIMOTHY IVORY CARPENTER,

Case No. 12-20218

**FILED**
DEC 13 2012
CLERK'S OFFICE-DETROIT
U.S. DISTRICT COURT

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* TIMOTHY IVORY CARPENTER                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Robbery Affecting Interstate Commerce

Date: August 29, 2012

City and state: Detroit, Michigan

*Issuing officer's signature*
DAVON ALLEN   DEPUTY CLERK
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* 09/20/12, and the person was arrested on *(date)* 12/11/12 at *(city and state)* Detroit, MI. | |
| Date: 12/11/12 | SA [signature] *Arresting officer's signature* <br> SA Vicente J. Ruiz <br> *Printed name and title* |

Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA