UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

                              Case No. 12-20218
   Plaintiff,              Hon. Lawrence P. Zatkoff

v.

**TIMOTHY CARPENTER,**

   Defendant,
_____/

**NOTICE OF FINAL PLEA CONFERENCE**

    THE FINAL PLEA CONFERENCE is SCHEDULED FOR TUESDAY, FEBRUARY 19, 2013 at 10:00 A.M**., U.S. DISTRICT COURT, 526 WATER STREET, PORT HURON, MI 48060.**

    On this date, counsel for the government, the defense counsel and defendant must be present and advise the Court how they will proceed.  THE COURT WILL NOT ACCEPT ANY PLEA BARGAINS RELATING TO LESSER CHARGES OR SENTENCE AGREEMENTS AFTER THIS DATE.

                                          DAVID WEAVER
                                          CLERK OF THE COURT

                                          s/Marie Verlinde
                                          Case Manager
                                          (810-984-3290)

Dated: December 20, 2012