# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CRIMINAL NO. 12-20218 |
| Plaintiff, | HONORABLE SEAN F. COX |
| v. | |
| TIMOTHY IVORY CARPENTER and TIMOTHY MICHAEL SANDERS, | |
| Defendants. | |

## LIST OF GOVERNMENT EXHIBITS

NOW COMES the United States of America, by and through its attorneys, Barbara L. McQuade, United States Attorney, and Kenneth R. Chadwell, Assistant United States Attorney, both for the Eastern District of Michigan, Southern Division, and submits to this court its list of exhibits.

| DATE | EXHIBIT NO. | BRIEF DESCRIPTION | OFFERED | RECEIVED |
|---|---|---|---|---|
| | 1 | Radio Shack Robbery Video/ December 1, 2012 | | |
| | 2 | Photographs of Radio Shack | | |
| | 3 | Dismukes Plea Agreement | | |

| DATE | EXHIBIT NO. | BRIEF DESCRIPTION | OFFERED | RECEIVED |
|---|---|---|---|---|
| | 4 | Dismukes Cooperation Agreement | | |
| | 5 | Dismukes Letters | | |
| | 6 | Holland Plea Agreement | | |
| | 7 | Holland Cooperation Agreement | | |
| | 8 | Holland Letter | | |
| | 9 | Heard Plea Agreement | | |
| | 10 | Heard Cooperation Agreement | | |
| | 11 | Dismukes/Holland Photographs | | |
| | 12 | Photographs of T-Mobile | | |
| | 13 | T-Mobile Robbery Video/ October 31, 2012 | | |
| | 14 | Bell-Gill Plea Agreement | | |
| | 15 | Bell-Gill Cooperation Agreement | | |
| | 16 | Bell-Gill Letter | | |
| | 17 | Bell-Gill Affidavit | | |
| | 18 | Carpenter Video | | |
| | 19 | Carpenter Video | | |
| | 20 | Carpenter Video | | |
| | 21 | Photograph of Convenience Store | | |
| | 22 | Al-Hassuni i-Phone | | |
| | 23 | Samsung Cell Phone | | |
| | 24 | Metro PCS Blackberry | | |
| | 25 | Metro PCS Huawei Cell Phone | | |

| DATE | EXHIBIT NO. | BRIEF DESCRIPTION | OFFERED | RECEIVED |
|---|---|---|---|---|
|  | 26 | Photographs of Radio Shack |  |  |
|  | 27 | Radio Shack Robbery Video/ April 5, 2011 |  |  |
|  | 28 | Foster Plea Agreement |  |  |
|  | 29 | Foster Cooperation Agreement |  |  |
|  | 30 | Photographs of Radio Shack |  |  |
|  | 31 | Family Dollar Surveillance Video |  |  |
|  | 32 | Little Caesars Surveillance Video |  |  |
|  | 33 | Photographs of T-Mobile |  |  |
|  | 34 | T-Mobile Robbery Video/ January 7, 2011 |  |  |
|  | 35 | Jones Plea Agreement |  |  |
|  | 36 | Jones Cooperation Agreement |  |  |
|  | 37 | Photographs of T-Mobile |  |  |
|  | 38 | T-Mobile Robbery Video/ December 18, 2010 |  |  |
|  | 39 | Photographs of Radio Shack |  |  |
|  | 40 | Smith & Wesson Revolver |  |  |
|  | 41 | Hi-Point 9 millimeter Pistol |  |  |
|  | 42 | Bryco .380 caliber Pistol |  |  |
|  | 43 | Blue Mask |  |  |
|  | 44 | Black Mask |  |  |
|  | 45 | Blue Bandanna |  |  |
|  | 46 | Black gloves |  |  |

| DATE | EXHIBIT NO. | BRIEF DESCRIPTION | OFFERED | RECEIVED |
|---|---|---|---|---|
|  | 47 | Brown gloves |  |  |
|  | 48 | Laundry bags |  |  |
|  | 49 | Green Cell Phone |  |  |
|  | 50 | Sanders/Bell-Gill Video |  |  |
|  | 51 | Green Cell Phone Contents |  |  |
|  | 52 | Holt Plea Agreement |  |  |
|  | 53 | Holt Cooperation Agreement |  |  |
|  | 54 | Green Plea Agreement |  |  |
|  | 55 | Green Cooperation Agreement |  |  |
|  | 56 | Green Letter |  |  |
|  | 57 | T-Mobile Business Records |  |  |
|  | 58 | Radio Shack Business Records |  |  |
|  | 59 | Young Plea Agreement |  |  |
|  | 60 | Young Cooperation Agreement |  |  |
|  | 61 | Cellular Analysis |  |  |
|  | 62 | Cellular Analysis |  |  |
|  | 63 | Cellular Analysis |  |  |

-5-

These are a list of the government's proposed exhibits which may or may not be offered in its case-in-chief. The Government reserves the right to amend the exhibit list as it may become necessary during the course of these proceedings.

                                Respectfully Submitted,

                                BARBARA McQUADE
                                United States Attorney

                                /s Kenneth R. Chadwell
                                KENNETH R. CHADWELL P39121
                                Assistant United States Attorney
                                211 West Fort Street, Suite 2001
                                Detroit, Michigan 48226-3211
                                (313) 226-9698
                                ken.chadwell@usdoj.gov

Dated: November 22, 2013