**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**
    **PLAINTIFF,**

                            **CASE #: 12-20218**

vs.

                            **HON. SEAN F. COX**

**TIMOTHY IVORY CARPENTER**
    **DEFENDANT.**

| | |
|---|---|
| AUSA Kenneth R. Chadwell (P39121) | Harold Gurewitz (P14468) |
| U.S. Attorney's Office | Counsel for Defendant |
| 211 W. Fort Street, Suite 2001 | Gurewitz & Raben, PLC |
| Detroit, MI 48226 | 333 W. Fort Street, Suite 1400 |
| (313) 226-9698 | Detroit, MI 48226 |
| | (313) 628-4733 |

**NOTICE OF JOINDER**

Defendant Timothy Carpenter hereby adopts and joins in Defendant Timothy Michael Sanders Motion in Limine to Suppress Cell Phone Data (R196) and Defendant Sanders Motion in Limine to Exclude Certain Specified Evidence and Combined Brief (R199).

                                        Respectfully Submitted,

                                        **GUREWITZ & RABEN, PLC**

                    By:    s/Harold Gurewitz
                           333 W. Fort Street, Suite 1400
                           Detroit, MI 48226
                           (313) 628-4733
                           Email: hgurewitz@grplc.com
Date: November 25, 2013        Attorney Bar Number: 14468

### CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2013, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

/s Harold Gurewitz (P14468)
Gurewitz & Raben, PLC
333 W. Fort Street, Suite 1400
Detroit, MI 48226
(313) 628-4733
email: hgurewitz@grplc.com