UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

# INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION |
|---|---|
| A. | Application and Order regarding Sander's phone |
| B. | Application and Order regarding Carpenter's Phone |
| C. | Application and Order regarding Carpenter's Phone |
| D. | United States v Benford |
| E. | United States v Tutstone |
| F. | United States v. Schaffer |