UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE UNITED STATES OF AMERICA,

        Plaintiff,                          CRIMINAL NO. 12-20218

v.                                   HON. SEAN F. COX

TIMOTHY IVORY CARPENTER and
TIMOTHY MICHAEL SANDERS,

        Defendants.
_____/

## **STIPULATION**

The United States of America, and the defendants, Timothy Ivory Carpenter and Timothy Michael Sanders, by and through their undersigned counsel, hereby stipulate and agree that:

The telephone call detail records from T-Mobile, Metro PCS and Sprint utilized by FBI Special Agent Christopher Hess to formulate his analysis and opinion are authentic and accurate business records of these companies.

| | |
|---|---|
| | s/Harold Z. Gurewitz |
| BARBARA L. MCQUADE | HAROLD Z. GUREWITZ   P14468 |
| United States Attorney | Attorney for Timothy Carpenter |
| | 333 W. Fort, Ste. 1100 |
| s/Kenneth R. Chadwell | Detroit, MI 48226 |
| KENNETH R. CHADWELL (P39121) | |
| Assistant U.S. Attorney | s/S. Allen Early |
| 211 W. Fort Street, Ste 2001 | S. ALLEN EARLY   P13077 |
| Detroit, MI 48226 | Attorney for Timothy Sanders |
| | 65 Cadillac Square, Ste 2810 |
| | Detroit, MI 48226 |