UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA
    PLAINTIFF,

CASE #: 12-20218

vs.

HON. SEAN F. COX

TIMOTHY IVORY CARPENTER
    DEFENDANT.

| | |
|---|---|
| AUSA Kenneth R. Chadwell (P39121) | Harold Gurewitz (P14468) |
| U.S. Attorney's Office | Counsel for Defendant |
| 211 W. Fort Street, Suite 2001 | Gurewitz & Raben, PLC |
| Detroit, MI 48226 | 333 W. Fort Street, Suite 1400 |
| (313) 226-9698 | Detroit, MI 48226 |
| | (313) 628-4733 |

## NOTICE OF APPEAL

Defendant Timothy Carpenter, through his court-appointed counsel, Harold Gurewitz, hereby enters his Notice of Appeal to the U.S. Court of Appeals for the Sixth Circuit from his convictions, sentence, judgment, and all orders of this Court.

                Respectfully Submitted,

                **GUREWITZ & RABEN, PLC**

      By:    s/Harold Gurewitz
             333 W. Fort Street, Suite 1400
             Detroit, MI 48226
             (313) 628-4733
             Email: hgurewitz@grplc.com
Date:April 29, 2014       Attorney Bar Number: 14468

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2014, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

/s Harold Gurewitz (P14468)
Gurewitz & Raben, PLC
333 W. Fort Street, Suite 1400
Detroit, MI 48226
(313) 628-4733
email: hgurewitz@grplc.com