# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

July 24, 2018

> **FILED**
> Jul 27, 2018
> DEBORAH S. HUNT, Clerk

Clerk
United States Court of Appeals
 for the Sixth Circuit
Potter Stewart U. S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202

    Re:  **Timothy Ivory Carpenter
v. United States,
No. 16-402 (Your docket No. 14-1572)**

Dear Clerk:

    Attached please find a certified copy of the judgment of this Court in the above-entitled case.

Sincerely,

SCOTT S. HARRIS, Clerk

By *[signature]*

Herve' Bocage
Judgments/Mandates Clerk

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 24, 2018

Mr. Harold Gurewitz, Esq.
Gurewitz and Raben, PLC
333 West Fort Street, Suite 1400
Detroit, Michigan 48226

Dear Mr. Gurewitz:

    Attached please find a certified copy of the judgment of this Court in the above-entitled case.

    Sincerely,

    SCOTT S. HARRIS, Clerk

    By *[signature]*

    Herve' Bocage
    Judgments/Mandates Clerk

Enc.
cc:    All counsel of record
        Clerk, USCA for the Sixth Circuit
            (Your docket No. 14-1572)

# Supreme Court of the United States

### No. 16-402

**TIMOTHY IVORY CARPENTER,**

Petitioner

v.

**UNITED STATES**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Sixth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is reversed, and the case is remanded to the United States Court of Appeals for the Sixth Circuit for further proceedings consistent with the opinion of this Court.

.

June 22, 2018



A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States