# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 13, 2020

Mr. David J. Weaver
U.S. District Court
for the Eastern District of Michigan
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

                Re: Case No. 14-1572, *USA v. Timothy Carpenter*
                     Originating Case No. : 2:12-cr-20218-4

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                                          Sincerely yours,

                                          s/Maddison R Edelbrock
                                          For Robin Baker

cc: Mr. Kenneth Ray Chadwell Jr.
     Mr. Harold Z. Gurewitz
     Mr. Daniel R. Hurley
     Mr. Daniel S. Korobkin
     Ms. Rachel Levinson-Waldman
     Mr. Michael William Price
     Mr. Michael Jay Steinberg
     Mr. Nathan Freed Wessler

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 14-1572

_____

Filed: January 13, 2020

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

TIMOTHY IVORY CARPENTER

    Defendant - Appellant


## MANDATE

  Pursuant to the court's disposition that was filed 12/19/2019 the mandate for this case hereby issues today.


COSTS: None