UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

Plaintiff,

v.                                                    Case No. 2:12–cr–20218–SFC–MKM
                                                      Hon. Sean F. Cox

Timothy Ivory Carpenter, et al.,

Defendant(s),

_____

### NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear:  Timothy Ivory Carpenter

The defendant(s) shall appear before District Judge Sean F. Cox at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 817, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE:  February 14, 2020 at 02:00 PM

**ADDITIONAL INFORMATION:**     Only counsel need to appear.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/J. McCoy _____
Case Manager

Dated:  January 22, 2020