**United States District Court**
**Eastern District of Michigan**
**Southern Division**

United States of America,   Criminal No. 12-cr-20218

    Plaintiff,   Honorable Sean F. Cox

v.

Timothy Ivory Carpenter,

    Defendant.
_____/

### Stipulation and Order to Adjourn Sentencing Date

  The United States of America and Defendant Timothy Ivory Carpenter agree that there is good cause to adjourn the sentencing hearing on January 5, 2022, to a new sentencing hearing on February 4, 2022. This extension of time is necessary to allow the parties to further investigate and prepare for the sentencing hearing. Defendant waives any objection he might have to adjourning the sentencing hearing on January 5, 2022, to a new sentencing hearing on February 4, 2022, and agrees that it is in his best interest to do so.

| | |
|---|---|
| s/ BLAKE S. HATLEM | s/HAROLD GUREWITZ w/permission |
| Assistant United States Attorney | Attorney for Defendant |
| 211 West Fort Street, Suite 2001 | 333 W. Fort Street, Ste. 1400 |
| Detroit, Michigan 48226-3211 | Detroit, Michigan 48226 |
| blake.hatlem@usdoj.gov | hgurewitz@grplc.com |

December 22, 2021

# United States District Court
## Eastern District of Michigan
### Southern Division

United States of America,　　　　　　　　　Criminal No. 12-20218

　　　　　　Plaintiff,　　　　　　　　　　　Honorable Sean F. Cox

v.

Timothy Ivory Carpenter,

　　　　　　Defendant.
_____/

## Order to Adjourn Sentencing Date

This matter coming before the court on the stipulation of the parties, it is hereby:

**ORDERED** that good cause exists to adjourn the sentencing hearing on January 5, 2022, to a new sentencing hearing on February 4, 2022.

**ORDERED** that this extension of time is necessary to allow the parties to further investigate and prepare for the sentencing hearing. Defendant waives any objection he might have to adjourning the sentencing hearing on January 5, 2022, to a new sentencing hearing on February 4, 2022 at 2:00 p.m., and agrees that it is in his best interest to do so.

**IT IS SO ORDERED.**

Dated:  December 29, 2021　　　　　　　s/Sean F. Cox
　　　　　　　　　　　　　　　　　　　　Sean F. Cox
　　　　　　　　　　　　　　　　　　　　U. S. District Judge