UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA
    PLAINTIFF,

vs.

CASE #: 12-20218

HON. SEAN F. COX

TIMOTHY IVORY CARPENTER
    DEFENDANT.

| Blake Hatlem, AUSA (P58969) | Harold Gurewitz (P14468) |
|---|---|
| U.S. Attorney's Office | Gurewitz & Raben, PLC |
| 211 W. Fort Street, Suite 2001 | 333 W. Fort Street, Suite 1400 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| (313) 226-9613 | (313) 628-4733 |
| Email: blake.hatlem@usdoj.gov | Email: hgurewitz@grplc.com |

### NOTICE OF APPEAL

Defendant Timothy Carpenter, through his court-appointed counsel, Harold Gurewitz, hereby enters his Notice of Appeal to the U.S. Court of Appeals for the Sixth Circuit from the Amended Judgment docketed on March 3, 2022.

    Respectfully Submitted,

    **GUREWITZ & RABEN, PLC**

    By:  s/Harold Gurewitz
           333 W. Fort Street, Suite 1400
           Detroit, MI 48226
           (313) 628-4733
           Email: hgurewitz@grplc.com

Date: March 10, 2022    Attorney Bar Number: 14468

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2022, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

/s Harold Gurewitz (P14468)
Gurewitz & Raben, PLC
333 W. Fort Street, Suite 1400
Detroit, MI 48226
(313) 628-4733
email: hgurewitz@grplc.com