Case No. 22-1198

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

TIMOTHY IVORY CARPENTER

    Defendant - Appellant

BEFORE: KETHLEDGE and STRANCH, Circuit Judges.

Upon consideration of the Joint Motion to hold supplemental briefing in abeyance pending the resolution of Carpenter's currently pending motion in the district court to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255,

It is therefore ORDERED that the motion be and it hereby is **GRANTED.**

                      **ENTERED BY ORDER OF THE COURT**
                      Kelly L. Stephens, Clerk

Issued: September 09, 2025

## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: September 09, 2025

Mr. Jeffrey L. Fisher

Mr. Harold Z. Gurewitz

Mr. Blake Hatlem

Mr. Andrew C. Noll

Mr. Andrew Picek

Re: Case No. 22-1198, *USA v. Timothy Carpenter*
Originating Case No. 2:12-cr-20218-4

Dear Counsel:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Patricia Elder
Senior Case Administrator
Direct Dial No. 513-564-7034

cc: Ms. Kinikia D. Essix

Enclosure