UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

Plaintiff,

v.

Case No. 2:12−cr−20218−JJCG−MKM
Hon. Jonathan J.C. Grey

Timothy Ivory Carpenter, et al.,

Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear:  Timothy Ivory Carpenter

The defendant(s) shall appear before District Judge Jonathan J.C. Grey at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 250, Detroit, Michigan, for the following proceeding(s):

- SENTENCING:  May 27, 2026 at 03:00 PM

**ADDITIONAL INFORMATION:**    Sentencing Memos are due one week prior

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/Sandra A Osorio
Case Manager

Dated:   March 23, 2026