**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN**

TIMOTHY CARPENTER
        PETITIONER,

                               **HON. JONATHAN J.C. GREY**

VS

                               **CASE #: 12-20218-04**

UNITED STATES OF AMERICA
        RESPONDENT.

| | |
|---|---|
| Harold Gurewitz (P14468) | Andrew C. Noll, AUSA |
| Attorney for Petitioner Carpenter | United States Attorneys Office |
| Gurewitz & Raben, PLC | 211 W. Fort Street, Suite 2300 |
| 333 W. Fort Street, Suite 1400 | Detroit, MI 48226 |
| Detroit, MI 48226 | |
| (313) 628-4733 | |

**EX PARTE MOTION FOR SUBPOENA DUCES TECUM
AND SERVICE BY THE US MARSHAL**

Now comes Petitioner Timothy Carpenter by his attorney, Harold Gurewitz, and respectfully requests this Court enter an Order approving Petitioner's Motion for a Subpoena Duces Tecum for production of specific documents in the custody or control of  the Warden at Atwater USP, Petitioner's former federal facility, pursuant to FRCrP 17(b)and (c) and LCrR 17.1.

Counsel for Petitioner has made multiple requests to the Atwater USP for documents that counsel intends to use in connection with resentencing before this Court on May 23, 2026. To date, counsel has not received a response.

Petitioner Carpenter further requests the Court to authorize service by the

US Marshal because he is indigent and qualifies for assistance pursuant to the

Criminal Justice Act.

Respectfully Submitted,

**GUREWITZ & RABEN, PLC**

By:   /s/ Harold Gurewitz (P14468)
333 W. Fort Street, Suite 1400
Detroit, MI 48226
(313) 628-4733
Email: hgurewitz@grplc.com

Date: May 7, 2026

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

**TIMOTHY CARPENTER**
        **PETITIONER,**

**HON. JONATHAN J.C. GREY**

**VS**

**CASE #: 12-20218-04**

**UNITED STATES OF AMERICA**
        **RESPONDENT.**

| | |
|---|---|
| Harold Gurewitz (P14468) | Andrew C. Noll, AUSA |
| Attorney for Petitioner Carpenter | United States Attorneys Office |
| Gurewitz & Raben, PLC | 211 W. Fort Street, Suite 2300 |
| 333 W. Fort Street, Suite 1400 | Detroit, MI 48226 |
| Detroit, MI 48226 | |
| (313) 628-4733 | |

**BRIEF IN SUPPORT OF**
**EX PARTE MOTION FOR SUBPOENA DUCES TECUM**
**AND SERVICE BY THE US MARSHAL**

## STATEMENT OF ISSUES

Whether this Court should authorize a subpoena to USP Atwater for access to specific records relating to Petitioner Carpenter to be used at Petitioner's resentencing.

Defendant Says "Yes"

## CONTROLLING/MOST APPROPRIATE AUTHORITY

FRCrP 17(b) and (c)

Petitioner Timothy Carpenter, ex parte, requests this Court, pursuant to FRCrP 17(b)and (c), and LCrR 17.1 to authorize a subpoena duces tecum for production of the following records from the Warden of USP Atwater and the Bureau of Prisons and service by the US Marshal:

1. Records from Petitioner Carpenter's Sentry File pertaining to an incident in 2026 in which Mr. Carpenter played a role in prevention of suicide by hanging of a fellow inmate.

### ARGUMENT

FRCrP 17(c) provides:

> A subpoena may also command the person to whom it is directed to produce the books, papers, documents, or other objects designated therein... The court may direct that books, papers, documents or objects designated in the subpoena be produced before the court at a time prior to the trial or prior to the time when they are to be offered in evidence and may upon their production permit the books, papers, documents or objects or portions thereof to be inspected by the parties and their attorneys.

Local Rule, LCrR 17.1 provides that:

> a) Unable to Pay

> (1)Subpoenas Served Within 100 Miles. For subpoenas to be served within 100 miles from the place of holding court, defense counsel appointed under the Criminal Justice Act and federal defenders may obtain witness subpoenas from the clerk's office. The clerk must issue those subpoenas signed, sealed, and designated in forma pauperis, but otherwise in blank. By completing such a subpoena,

defense counsel certifies that in counsel's opinion the witness's presence is necessary to an adequate defense.

(2) Subpoenas Served More Than 100 Miles Away. For subpoenas to be served more than 100 miles from the place of holding court, an application for issuance of a subpoena in forma pauperis must be made to the Court. The application may be made ex parte.

(b) A party seeking a subpoena for books, papers, documents, data, or other objects under Fed. R. Crim. P. 17(c) in advance of trial must seek prior approval from the court. An application for approval may be made ex parte. The subpoena must state that the requested items must be returned to the chambers of the assigned judge.

Petitioner Carpenter asks the Court to issue a subpoena to:

Warden, USP Atwater
PO Box 19001
Atwater, CA 95301

Petitioner Timothy Carpenter has been in BOP custody since 2012 when his case began.  Defense counsel seeks records from the file maintained by the BOP for his conduct in custody. Specifically, counsel seeks information or records pertaining to an incident earlier this year at USP Atwater in which Mr. Carpenter played a role in saving the life of a fellow inmate.

Petitioner Carpenter had been in transit to Michigan from USP Atwater for about the last two weeks before this motion. Counsel was only able to communicate with Mr. Carpenter about these matters on May 6, 2026.

## CONCLUSION

Petitioner satisfies the requirements for issuance of a subpoena for pretrial

production pursuant to FRCrP 17(c).  Defendant requests a subpoena issue to:

> Warden, USP Atwater
> P.O. Box 19001
> Atwater, CA 95301


Respectfully Submitted,

**GUREWITZ & RABEN, PLC**

By:   /s/ Harold Gurewitz (P14468)
      333 W. Fort Street, Suie 1400
      Detroit, MI 48226
      (313) 628-4733
      Email: hgurewitz@grplc.com

Date:May 7, 2026